IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MALONE DRAKKAR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 12-277-GPM |
| | ) |
| **JOHN DOE, CORRECTIONAL OFFICER,** | ) |
| | ) |
| **Defendants.** | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On February 24, 2012, Plaintiff filed a complaint with this Court alleging § 1983 violations against numerous defendants (Doc. 1). The complaint failed to identify by name any defendants who bore personal responsibility for the alleged conduct, and thus the matter could not proceed further. As a result, Plaintiff was ordered to file an amended complaint within thirty-five days of May 30, 2012, the date of this Court's Order (Doc. 14). Plaintiff was clearly warned in that Order that failure to do so could lead to dismissal of this case. Thirty-five days have since passed and Plaintiff has not filed an amended complaint. As a result, this case is **DISMISSED** with prejudice for failure to comply with an order of this Court pursuant to Federal Rule of Civil Procedure 41(b). *See generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk's office is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

DATED: July 19, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　s/ *G. Patrick Murphy*
　　　　　　　　　　　　　　　　　　　　　　　　　G. PATRICK MURPHY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge